The People of the State of Illinois ex rel. Oscar Nelson v. Depositors State Bank.

Clara L. Oppenheimer et al., appellees, v. William L. O'Connell, appellant. Gen. No. 38,013.

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed April 15, 1935.

Altheimer, Mayer, Woods & Smith, for appellant; Jesse L. Cohen, Gideon S. Thompson and William F. Struckmann, of counsel. Mary Lee Colbert, for appellees; Charles H. Pease, of counsel.

Mr. Justice Matchett delivered the opinion of the court.